# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

United States of America vs. Derrick Law                   Criminal Action No. 92-cr-00264-RPM

## Petition for Early Termination of Supervised Release

COMES NOW, Edward C. Gadden, Probation Officer of the court, presenting an official report upon the conduct and attitude of Derrick Law, who was placed on supervision by the Honorable Richard P. Matsch, sitting on the court in Denver, Colorado, on the 24th day of September 1993, who fixed the period of supervision at four years for Count 1, and three years for Counts 2 and 3, with supervision commencing on March 31, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed special condition(s) and term(s) as follows:

(1) Testing and treatment for alcohol abuse as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

PRAYING THAT THE COURT WILL ORDER: (1) that the Probation Officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, that the defendant be discharged from supervised release and the proceedings in this case be terminated.

Respectfully,

s/ Edward C. Gadden
U.S. Probation Officer
Place: Denver, Colorado
Date: September 14, 2006

## ORDER OF THE COURT

After consideration of the petition, it is

ORDERED that the Probation Officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within <u>fifteen days</u> of the date of service, indicating whether there is any objection to the early termination of supervised release. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this __15__ day of __September__, 2006.

Richard P. Matsch
Senior United States District Judge