IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 92-cr-00264-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERRICK LAW,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On September 8, 2006, the Probation Department was advised that the defendant had submitted a petition to the Court requesting early termination of supervision in this case prior to the scheduled termination date. On September 15, 2006, the Court ordered that a petition for early termination be submitted to the Government for response. On October 4, 2006, the Probation Department was advised that the Government does not object to the proposed relief.

Accordingly, it is:

    ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

    DATED at Denver, Colorado, this __6th__ day of October, 2006.

                            BY THE COURT:

                            _____
                            Richard P. Matsch
                            Senior United States District Judge